IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NUMBER: 21-MJ-4047-RJD |
| vs. ) | |
| ) | FILED UNDER SEAL |
| JAYLEN VINSON, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Roger W. Ehler, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

### Distribution of Methamphetamine

On or about March 1, 2021, in Jackson County, within the Southern District of Illinois,

**JAYLEN VINSON,**

defendant herein, did knowingly and intentionally distribute a mixture or substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), and Title 18, United States Code, Section 2.

It is further alleged that the total amount of methamphetamine involved was fifty (50) grams or more of actual methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

### AFFIDAVIT

I am a Special Agent with the United States Drug Enforcement Administration (DEA), and have been so employed by the DEA for approximately twenty–four years (24). In connection

with my official DEA duties, I investigate violations of federal narcotics laws. I have received specialized training in the investigation of narcotics offenses, including seventeen weeks of DEA basic agent training in Quantico, Virginia, as well as periodic refresher training courses offered by the DEA throughout my employment. I am currently assigned to the St. Louis Field Division, Carbondale, Illinois Post of Duty. Before employment with DEA, I was employed as a state and local police officer in Illinois for approximately eight years. Therefore, I have approximately thirty-two (32) years total law enforcement experience.

During my career in law enforcement, I have participated in numerous drug investigations involving the manufacture, transportation, distribution of controlled substances, and the seizure of controlled substances and proceeds derived from the sale of controlled substances. I have familiarized myself with normal techniques of investigation, including but not limited to physical and electronic surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, the use of pen registers, analysis of telephone records, the utilization of undercover agents, and the use of court-authorized intercepts. These investigative techniques have aided in identifying individuals, arresting violators, and seizing illegal drugs and drug proceeds.

The statements contained in this affidavit are based upon my experience, education, and training, as a police officer and Special Agent as well as information provided to me by other law enforcement officers and investigators involved in this investigation, and witnesses.

This affidavit is meant to state facts sufficient to support a finding of probable cause that the named Defendant committed the charged offense and is not meant to contain a complete record of the entire investigation to date.  In support of this Complaint, your affiant states as follows:

In support of this Complaint, your affiant states as follows:

On March 1, 2021, agents of the DEA utilized a Confidential Source (CS)1 to conduct a controlled purchase of approximately four ounces of methamphetamine from Jaylen Vinson. Agents searched the CS at the start of the operation, verifying the CS possessed no methamphetamine. Agents supplied official funds ($1,500) to the CS for the purchase of methamphetamine, and agents equipped the CS with audio/video recording equipment and an audio transmitter which enabled agents to monitor the CS live. Agents drove the CS to the University Inn hotel, which is located at 2400 W. Main Street, Carbondale, Illinois, within Jackson County, which is within the Southern District of Illinois. Agents conducted visual surveillance and audio monitoring of the CS as he/she entered the hotel and purchased methamphetamine from Vinson.

After purchasing the four ounces of methamphetamine from Vinson, the CS returned and met with the agents. The CS turned over the methamphetamine to the agents. Agents searched the CS at the conclusion of the controlled purchase operation, verifying he/she possessed no contraband or unspent official funds. Agents also recovered the audio/video recording devices utilized in the operation.

Agents reviewed the audio/video recordings of the March 1, 2021, operation and verified the CS met with and purchased the approximate four ounces of methamphetamine from Vinson.

---

1 The CS has an arrest record consisting of numerous felony offenses, including multiple instances of methamphetamine possession. The CS was cooperating with law enforcement in hopes of prosecutorial and/or judicial leniency for the pending felony drug offenses. Information provided by the CS was corroborated.

The CS was arrested in April 2021 for possession of methamphetamine. This offense violated the terms of the CS' cooperation agreement with the government. The CS was charged in state court and is no longer cooperating with law enforcement.

The methamphetamine was later tested at the DEA lab and found to contain approximately 97.8 grams of actual methamphetamine (+/- 6.4 grams).

FURTHER AFFIANT SAYETH NAUGHT.

Roger W. Ehler
Special Agent
Drug Enforcement Administration

State of Illinois       )
                        )   SS.
County of Jackson       )

Sworn to before me, and subscribed telephonically on the 21st day of May, 2021, at Carbondale, Illinois.

REONA J. DALY
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

GEORGE NORWOOD
Assistant United States Attorney