IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JAYLEN VINSON, )<br>)<br>Defendant. ) | CASE NUMBER: 21-MJ-4047-RJD<br><br>**FILED UNDER SEAL** |

## WARRANT FOR ARREST

TO:   DEA Special Agent Roger Ehler or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAYLEN VINSON, and bring him or her forthwith to the nearest Magistrate Judge to answer a complaint charging him with Distribution of Methamphetamine in violation of Title 21, United States Code, Section 841(a)(1).

REONA J. DALY
Name of Issuing Officer

*/s/ Reona J. Daly*
Signature of Issuing Officer

_____
(By) Deputy Clerk

Bail fixed at $ __N/A__   by

United States Magistrate Judge
Title of Issuing Officer

May 21, 2021 at Carbondale, IL
Date and Location:

Reona J. Daly
Name of Judicial Officer